IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARON ADEN, | ) | |
| | ) | 8:09CV220 |
| *Plaintiff* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| DEPARTMENT OF HOMELAND SECURITY | ) | **ORDER** |
| through its Secretary, JANET NAPOLITANO | ) | |
| MICHELLE WILLIAMSON, | ) | |
| GREG CHRISTIAN, | ) | |
| DEPARTMENT OF HOMELAND SECURITY, | ) | |
| | ) | |
| *Defendant.* | ) | |

**THIS MATTER** came on upon Plaintiff's Dismissal of Party (Filing No. 31) filed herein. The defendants have no objection to the dismissal of defendants Greg Christian and Michelle Williamson. The Court finds that defendants Greg Christian and Michelle Williamson are hereby dismissed from this matter as parties.

**DATED** this 17th day of November, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge

**PREPARED BY:**
Elaine A. Waggoner #15781
WAGGONER LAW OFFICE
715 South 14th Street
Lincoln, NE 68508
(402) 475-3597 • (402) 475-1495 FAX
*waggonerlaw@windstream.net*