IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARON ADEN, | ) | 8:09CV220 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR EXTENSION OF TIME |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, through its Secretary, | ) | |
| JANET NAPOLITANO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**THIS MATTER** came on Plaintiff's Motion for Extension of Time. The court hereby orders that Plaintiff's time for filing her response to Defendant's Motion for Summary Judgment be extended to September 28th, 2010.

8/17/2010  

_____  
District Judge

**PREPARED BY:**
Elaine A. Waggoner #15781
Waggoner Law Office
715 S. 14th Street
Lincoln, NE 68508
(402) 475 -3597 · (402) 475-1495 FAX
waggonerlaw@windstream.net