# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARON ADEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:09CV220 |
| v. ) | |
| ) | ORDER |
| UNITED STATES OF AMERICA, ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, through its Secretary ) | |
| JANET NAPOLITANO, ) | |
| ) | |
| Defendant. ) | |

Upon notice of settlement given to the magistrate judge on March 9, 2011, by counsel for the plaintiff,

**IT IS ORDERED that:**

1. **On or before March 24, 2011**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

DATED this 9th day of March, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge