# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SHARON ADEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:09CV220** |
| **v.** | ) | |
| | ) | **ORDER** |
| **UNITED STATES OF AMERICA,** | ) | |
| **DEPARTMENT OF HOMELAND** | ) | |
| **SECURITY, through its Secretary** | ) | |
| **JANET NAPOLITANO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Following a conference with counsel on March 25, 2011,

**IT IS ORDERED that:**

1.      **On or before April 1, 2011**, the parties shall file a status report providing notice to the court about whether the parties have completed settlement documents.

2.      **On or before June 1, 2011**, the defendant shall disburse funds to the plaintiff in accordance with the parties' settlement agreement and the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case.

3.      Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

DATED this 25th day of March, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge