IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARON ADEN, | ) | |
| | ) | 8:09CV220 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, through its Secretary, | ) | |
| JANET NAPOLITANO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came on for determination upon the Stipulation and Motion of the parties that the case be dismissed with prejudice, each party to bear their own costs, and complete record waived (Filing 84). The Court, being fully advised in the premises, finds that such an order should issue.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case is dismissed with prejudice, each party to bear their own costs, and complete record waived.

DATED this 20th day of May, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
UNITED STATES DISTRICT JUDGE